

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00046-CV

Marsha Ellison d/b/a Ellison Lease Operating
v.
Samson Resources Co.; Samson Lone Star Limited Partnership; Samson Lone Star LLC; Samson Exploration, LLC; Three Rivers Acquisition LLC; Three Rivers Operating Co. LLC; Concho Resources, Inc.; COG Operating, LLC, S/D Oil and Gas Corp.; et al.

On Appeal from the
51st District Court of Irion County, Texas
Trial Court Cause No. CV13-009

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellees.

We further order this decision certified below for observance.

February 10, 2022